



Called

**SOS Security Incorporated**

February 7, 2008

SENT VIA FACSIMILE

Alvin K. Hellerstein
United State District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1581

*Conference is adjourned to March 14, 2008 at 9:30 am.*
*2/9/08*
*[signature] Alk Hellst*

RE: **SANTIAGO GARCIA V. SOS SECURITY INCORPORATED**
CASE NO. 07 CIV. 8277

Dear Judge Hellerstein:

Further to Brigitte Jones' (Courtroom Deputy) fax, dated January 30, 2008, which was faxed by your office on February 4, 2008 to SOS Security Incorporated's ("SOS") New York Branch Office and not reviewed by SOS's legal department, located in Parsippany, New Jersey, until February 5, 2008, we respectfully request an adjournment in connection with the above referenced matter. This request comes as a result of our insurance company not yet appointing legal counsel to represent SOS in this matter, which should be forthcoming.

Please be advised that I have spoken to the Plaintiff, Santiago Garcia, who is representing himself in this matter, wherein Mr. Garcia is not opposed and has consented to this adjournment, based upon your final approval. In the event you wish to speak with Mr. Garcia to confirm his consent, he can be reached at (212) 759-0201 up until 2:30pm today. Please be advised that Mr. Garcia is still within SOS Security Incorporated's employ and is currently assigned as a Security Officer at a Verizon store location. Therefore, when dialing the above number, please press "2" when prompted and ask for Mr. Garcia. Although I do not know if Mr. Garcia is going directly home after his shift ends today, his home number is (347) 406-6838.

Please be further advised that we have requested no previous adjournments in this matter, as the first initial pre-trial conference was scheduled for February 1, 2008 and adjourned per the above referenced fax from Ms. Jones.

We sincerely apologize for not providing the prerequisite 48 hours notice, and would greatly appreciate your consideration in granting an adjournment. We anticipate that we will have notification from our insurance company as to appointed counsel by February 18, 2008. Taking into consideration the time to review and prepare for the initial pre-trial conference we expect to be ready the first week in March.

**CORPORATE HEADQUARTERS:**
One Security Plaza, 1915 Route 46 East, Parsippany, New Jersey 07054
(973) 402-6600 • Fax: (973) 402-6262 • 1-800-SECURE-0
www.sossecurity.com

**SOS**

The Honorable Judge Alvin K. Hellerstein
February 7, 2008
Page 2

Should you have any questions or require additional information, please do not hesitate to contact me at (973) 402-6600 (ext. 2324). I look forward to your response later today.

Thank you.

Sincerely yours,

SOS SECURITY INCORPORATED

Glynis J. Pritchard
Executive Assistant

Copy to:   Santiago Garcia
           Barry A. Frank, Executive Vice President-General Counsel