UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTIAGO GARCIA. <br><br> Plaintiff, <br><br> -against- <br><br> SOS SECURITY, INC., <br><br> Defendants. | Case No. 1:07-cv-008277 (AKH) <br><br> **RULE 7.1 STATEMENT** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel of record certifies that SOS Security, Inc. is a privately owned entity.

                                         WOLFF & SAMSON PC
                                         Attorneys for Defendant SOS Security, Inc.

                                  By:   /s/ Keyana C. Laws                .
                                         KEYANA C. LAWS
                                         Wolff & Samson PC
                                         140 Broadway, 46th Floor
                                         New York, New York 10005-1107
                                         Phone: 212-973-0572
                                         Fax: 212-858-7750
                                         Email: Klaws@wolffsamson.com

Dated: March 17, 2008

1120815.1

## CERTIFICATION OF SERVICE

I, Keyana C. Laws, a resident of the United States, certifies as follows:

On March 17, 2008, I caused a copy of the within Rule 7.1 Statement to be served via electronic filing with the Clerk of the Court using the Court's CM/ECF System and by hand delivery upon:

Santiago Garcia
1118 Willmohr Street, 1st Floor
Brooklyn, New York  11212
*Pro Se* Plaintiff

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.  Executed on March 17, 2008

   /s/ Keyana C. Laws     .
   KEYANA C. LAWS

2

1120815.1