UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK DISTRICT OF NEW YORK

| | |
|---|---|
| SANTIAGO GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>SOS SECURITY, INC.,<br><br>    Defendant. | Case No. 07 Civ. 8277 (AKH)<br><br>**ANSWER** |

Defendant SOS Security, Inc., (hereinafter "SOS") having its principal place of business at 1915 Route 46 East, Parsippany, New Jersey 07054, by its attorneys, Wolff & Samson PC, answer to the plaintiff's complaint as follows:

## PARTIES

1. SOS admits the allegation of paragraph 1 of the Complaint.

2. Answering paragraph 2 of the Complaint, SOS admits that it maintains an office at 850 Seventh Avenue, New York, New York.

3. SOS admits the allegation of paragraph 3 of the Complaint.

## NATURE OF ACTION

4. SOS denies the allegations of paragraph 4 of the Complaint.

5. SOS denies the allegations of paragraph 5 of the Complaint.

6. SOS denies the allegations of paragraph 6 of the Complaint.

1119544.1

7. SOS is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7 of the Complaint.

8. SOS denies the allegations of paragraph 8 of the Complaint.

9. SOS is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 of the Complaint.

10. SOS is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

This Court does not have jurisdiction over the plaintiff's complaint.

### SECOND AFFIRMATIVE DEFENSE

The allegations in the plaintiff's Complaint fail to state a claim upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

The plaintiff's alleged right to recovery is barred, in whole or in part, by his failure to mitigate any alleged damages.

### FOURTH AFFIRMATIVE DEFENSE

Any and all actions with regard to plaintiff's employment were taken in good faith and for legitimate non-discriminatory reasons unrelated to plaintiff's race, age, alleged disability or any other protected category.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiff's Complaint is barred or limited, in whole or in part, by the applicable statutes of limitations.

### SIXTH AFFIRMATIVE DEFENSE

Some or all of the plaintiff's claims are barred to the extent that a timely Charge of Discrimination was not filed with respect to all of the claims alleged in the Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

The plaintiff has not exhausted the requisite administrative procedures with respect to all of the claims set forth in plaintiff's Complaint.

### EIGHTH AFFIRMATIVE DEFENSE

The plaintiff's claims may be barred or preempted, in whole or in part, by the Employee Retirement Income Security Act.

### NINTH AFFIRMATIVE DEFENSE

The plaintiff has failed to allege facts sufficient to give rise to a claim for punitive damages.

### TENTH AFFIRMATIVE DEFENSE

SOS specifically denies the existence of any casual connection of plaintiff's alleged damages to the conduct alleged by plaintiff.

### ELEVENTH AFFIRMATIVE DEFENSE

The plaintiff has suffered no lost wages or other compensation.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of laches, waiver and estoppel.

### THIRTEENTH AFFIRMATIVE DEFENSE

The frivolous allegations in the plaintiff's Complaint are violative of Rule 11 of the Federal Rules of Civil Procedure.

1119544.1

## FOURTEENTH AFFIRMATIVE DEFENSE

The allegations in the plaintiff's Complaint, in whole or in part, fail to state a cause of action upon which an award of attorneys' fees can be granted.

Dated: March 17, 2008

WOLFF & SAMSON PC
Attorneys for Defendant
SOS Security, Inc.

By: /s/ Keyana C. Laws            .
    Keyana C. Laws
    Wolff & Samson PC
    140 Broadway, 46th Floor
    New York, New York  10005-1107
    Phone: 212-973-0572
    Fax: 212-858-7750
    Email: Klaws@wolffsamson.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the with answer was filed electronically with the Clerk, United States District Court and that I caused a copy to be delivered by hand to:

Santiago Garcia
1118 Willmohr Street, 1st Floor
Brooklyn, New York  11212
*Pro Se* Plaintiff

WOLFF & SAMSON PC
Attorneys for Defendant
SOS Security, Inc.


By: /s/ Keyana C. Laws            .
       KEYANA C. LAWS


Dated:  March 17, 2008

5

1119544.1