UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Santiago Garcia,<br><br>    Plaintiff,<br><br>vs.<br><br>SOS Security Incorporated,<br><br>    Defendant. | Case No. 07 Civ. 8277 (AKH)<br><br>**TABLE OF CONTENTS FOR**<br>**DEFENDANT'S MOTION TO DISMISS** |

In accordance with the Individual Rules of the Honorable Alvin K. Hellerstein, U.S.D.J., of the United States District Court for the Southern District of New York, Defendant SOS Security Incorporated ("SOS") hereby submits its Table of Contents listing all documents submitted herewith its Motion to Dismiss Plaintiff's Complaint.

## TABLE OF CONTENTS

- Notice of Motion
- Affidavit of Derek Roundtree
    - Exhibit A –   Letter from Anatoliv Vilnits, M.D. to SOS
- Affidavit of Joseph Martino
- Affirmation of Bruce D. Ettman, Esq.
    - Exhibit B –   Plaintiff's Complaint
    - Exhibit C –   Answer to Plaintiff's Complaint
    - Exhibit D –   Plaintiff's Charge of Discrimination

1126277.1

- o Exhibit E – Equal Employment Opportunity Commission's Determination of Plaintiff's Charge of Discrimination

- o Exhibit F – Plaintiff's Notice of Right to Sue Letter

- Memorandum of Law in Support of Defendant's Motion to Dismiss

- Proposed Order

- Affirmation of Service