UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Santiago Garcia,<br><br>   Plaintiff,<br><br> vs.<br><br>SOS Security Incorporated,<br><br>   Defendant. | Case No. 07 Civ. 8277 (AKH)<br><br>**ORDER** |

 THIS MATTER having been opened to the Court by motion of Wolff & Samson PC, attorneys for Defendant SOS Security Incorporated, and on notice to Plaintiff Santiago Garcia, *pro se*, for an order as pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) dismissing Plaintiff's Complaint; and the Court having considered the papers and arguments of counsel, if any;

 IT IS on this _____ day of _____, 2008,

 **ORDERED** as follows:

 (1) Defendant's motion to dismiss Plaintiff's Complaint is hereby granted;

 (2) All Plaintiff's claims against Defendant SOS Security Incorporated are hereby dismissed with prejudice; and

 (3) A copy of this Order shall be served upon Plaintiff in this matter within _____ days of Wolff & Samson's receipt of this Order.

                 _____
                 HON. ALVIN K. HELLERSTEIN, U.S.D.J.

1126117.1